PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
3856 Davids Road, Agoura Hills, CA 91301
Telephone: (818) 883-4900
Email: peter@dionkindemlaw.com

LONNIE C. BLANCHARD III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
177 East Colorado Boulevard, Suite 200
Pasadena, California 91105
Telephone: (213) 599-8255
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Keith Brooks

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith Brooks, an individual, on behalf of himself and all others similarly situated and as a private attorney general pursuant to the Private Attorneys General Act,<br><br>    Plaintiff,<br><br>    vs.<br><br>Burlington Coat Factory Warehouse Corporation, Burlington Coat Factory of Texas, Inc., and Does 1 through 10,<br><br>    Defendants. | **Case No. 5:24-CV-0041-SRM-SHK**<br>**CLASS ACTION**<br><br>**Notice of Settlement** |

Please take notice that the Parties have come to a settlement agreement that will resolve all claims in the above titled case and are in the process of executing the final

**Notice of Settlement**

1

settlement agreement. Plaintiff anticipates filing a motion for approval of the settlement within 30 days of this notice.

Dated: February 27, 2025         THE DION-KINDEM LAW FIRM

                                BY: /s/ PETER R. DION-KINDEM
                                         PETER R. DION-KINDEM, P.C.
                                         PETER R. DION-KINDEM
                                         Attorneys for Plaintiff Keith Brooks

**Notice of Settlement**