LONNIE C. BLANCHARD III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
177 East Colorado Blvd., Suite 200
Pasadena, California 91105
Telephone: (213) 599-8255
Email: lonnieblanchard@gmail.com

LARS KINDEM (SBN 312835)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
3856 Davids Road, Agoura Hills, CA 91301
Telephone: (818) 883-4900
Email: peter@dionkindemlaw.com

Attorneys for Plaintiff Keith Brooks

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith Brooks, an individual, on behalf of himself and all others similarly situated and as a private attorney general pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>Burlington Coat Factory Warehouse Corporation, Burlington Coat Factory of Texas, Inc., and Does 1 through 10,<br><br>Defendants. | **Case No. 5:24-CV-0041-SRM-SHK**<br><br>**Notice of Motion for Order Approving PAGA Settlement**<br><br>Date:     October 22, 2025<br>Time:    1:30 p.m.<br>Crtrm:   5D |

**Notice of Motion for Order Approving PAGA Settlement**

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE NOTICE** that on October 22, 2025 at 8:30 a.m. in Department 5D of the above-entitled court located at 350 W 1st Street, Courtroom 5D, Los Angeles, CA 90012-4565, Plaintiff Keith Brooks will and hereby does move for entry of an Order approving the terms of the PAGA settlement as set forth in the PAGA Settlement Agreement, a copy of which is attached as *Exhibit 1* to the Declaration of Lonnie C. Blanchard III filed herewith.

This Motion is based on this Notice, the supporting Memorandum of Points and Authorities, the Declarations of Lonnie C. Blanchard III, Lars Kindem, Keith Brooks, and the pleadings and papers on file in this action, and any other matter of which the Court may take notice.

Dated: September 15, 2025      THE BLANCHARD LAW GROUP, APC

BY: ____s/LONNIE C. BLANCHARD III____
LONNIE C. BLANCHARD III
Attorneys for Plaintiff Keith Brooks

**Notice of Motion for Order Approving PAGA Settlement**
2