JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BROOKS,<br>Plaintiff,<br>v.<br>VENTURE HR SERVICES LLC, et al.,<br>Defendants. | Case No. 5:24-cv-00041-SRM-ACCV<br><br>**JUDGMENT** |

Pursuant to the Court's Order approving the Parties' PAGA Settlement Request, **IT IS HEREBY ORDERED, ADJUGED AND DECREED** that final judgment is entered approving this PAGA Settlement Request. Dkt. 48.

Dated: October 7, 2026

[signature]

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE